WILLIAM WAYNE BRAY,                )
                                   )
        Plaintiff/Appellant,       )
                                   )        Appeal No.
                                   )        01-A-01-9506-CV-00228
VS.                                )
                                   )        Clay Circuit
e                                  )        No. 1227
WANDA LEE JONES BRAY,              )
                                   )
        Defendant/Appellee.        )

FILED

Oct. 25, 1995

Cecil Crowson, Jr.
Appellate Court Clerk

COURT OF APPEALS OF TENNESSEE
MIDDLE SECTION AT NASHVILLE


APPEALED FROM THE CIRCUIT COURT OF CLAY COUNTY
AT CELINA, TENNESSEE

THE HONORABLE JOHN TURNBULL, JUDGE


E. GUY HOLLIMAN
WILLIAM JOSEPH BUTLER
FARRAR & HOLLIMAN
102-A Scottsville Highway
P. O. Box 280
Lafayette, Tennessee  37083
        Attorneys for Plaintiff/Appellant

JAMES D. WHITE, JR.
101 Green Street
Celina, Tennessee  38551
        Attorney for Defendant/Appellee


AFFIRMED AND REMANDED



BEN H. CANTRELL, JUDGE



CONCUR:
TODD, P.J., M.S.
LEWIS, J.

# MEMORANDUM OPINION[1]

In this case the husband has appealed the trial judge's award of $14,750 to the wife as her share of the marital property. The trial judge made the following findings: that the husband's property had increased in value during the marriage in the amount, when added to the value of some property acquired by the parties, of $34,000; that the cattle acquired by the parties had a negative value of $4,500, leaving a net value of $29,500; that the wife had made a contribution to the preservation and appreciation of the property; that the wife had a greater need than the husband; and that the husband had a greater ability to produce income in the future. Taking the net increase in the marital estate of $29,500 the trial judge then awarded half of it to the wife.

We find from the record that the evidence does not preponderate against the trial judge's findings of fact. Therefore, we affirm the trial court's judgment and tax the costs on appeal to the appellant.

_____
BEN H. CANTRELL, JUDGE

CONCUR:

_____
HENRY F. TODD, PRESIDING JUDGE
MIDDLE SECTION

_____
SAMUEL L. LEWIS, JUDGE

---

[1]Rule 10(b) of the Rules of the Court of Appeals reads as follows:

The Court, with the concurrence of all judges participating in the case, may affirm, reverse or modify the actions of the trial court by memorandum opinion when a formal opinion would have no precedential value. When a case is decided by memorandum opinion it shall be designated "MEMORANDUM OPINION," shall not be published, and shall not be cited or relied on for any reason in a subsequent unrelated case.